An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

HYRUM JOSEPH WEST,
Petitioner,
vs.
THE FIFTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF NYE,
Respondent,
  and
BRIAN E. WILLIAMS, SR.; AND THE
STATE OF NEVADA,
Real Parties in Interest.

No. 67948

**FILED**

JUN 1 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

### ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus. Petitioner challenges the decision of the Nevada Court of Appeals in *West v. State*, Docket No. 66650 (Order of Affirmance, April 15, 2015), and seeks an order directing the district court to conduct an evidentiary hearing on the claims raised in his post-conviction petition for a writ of habeas corpus. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170; *see also* NRAP 40B(a) (providing that decision of the Court of Appeals is a final "decision that is not reviewable

15-17704

by the Supreme Court except on petition for review"). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Robert Lane, District Court Judge
       Hyrum Joseph West
       Attorney General/Carson City
       Nye County District Attorney
       Nye County Clerk